# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CVS PHARMACY, Inc.,<br><br>　　　　　　Defendant. | Case No.: 3:19-cv-01561-H-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 33.] |

On January 17, 2020, Plaintiff Nicole Johnson and Defendant CVS Pharmacy, Inc. filed a joint motion to dismiss this case with prejudice. (Doc. No. 33.) For good cause shown, the Court grants the parties' motion and dismisses all claims in this case with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: January 22, 2020

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1